SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ROBERT MUSSIG, Cal. Bar No. 240369
DEVIN S. LINDSAY, Cal. Bar No. 324967
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
E mail         rmussig@sheppardmullin.com
                    dlindsay@sheppardmullin.com

Attorneys for Defendant
GAT AIRLINE GROUND SUPPORT, INC.

LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
RAMIN R. YOUNESSI, Cal. Bar No. 175020
HEATHER PHILLIPS, Cal. Bar No. 258638
FUMIO NAKAHIRO, Cal. Bar No. 130110
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone:  213-480-6200
Facsimile:   213-480-6201
E mail         ryounessi@younessilaw.com
                    rnakahiro@younessilaw.com

Attorneys for Plaintiff
EDGAR TRUJILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR TRUJILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>G.A.T. AIRLINE GROUND SUPPORT, INC., an Alabama corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-CV-02046-MCE-CKD<br><br>**PROTECTIVE ORDER**<br><br>Complaint Filed:   August 3, 2023<br>Trial Date:                 None Set |

1  FINDING GOOD CAUSE, IT IS HEREBY ORDERED that Plaintiff Edgar Trujillo and Defendant GAT Airline Ground Support, Inc.'s Stipulated Protective Order lodged with the Court on September 3, 2024, is approved and hereby adopted as the Order of the Court.

Dated:  September 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE